IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: )  CASE NO. 09-51615
) JUDGE SHEA-STONUM
DAVID L. ALBRIGHT ) CHAPTER 7
JANET F. ALBRIGHT )
)
DEBTORS )

FILED 2010 JUL 23 PM 1:11
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

CRYSTAL CLINIC                                      $4.76
P.O. BOX 75575
CLEVELAND, OH 44101-4755

2. Trustee's check for $4.76, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: July 22, 2010                                 KATHRYN A. BELFANCE
                                                    KATHRYN A. BELFANCE
                                                    TRUSTEE

ck #111
receipt # 81636